**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,          )
                               )
v.                             )     No. 3:06-00212-1
                               )     Chief Judge Haynes
MICHAEL WALLACE,               )
                               )
     Defendant.          )

## O R D E R

The revocation hearing in this action **set for Friday, December 10, 2012 at 10:00 a.m.** is

**CANCELLED**. Matters relating to Defendant's supervised release violations will be addressed at

the revocation scheduled on **December 3, 2012 at 1:30 p.m.** (Docket Entry No. 71).

It is so **ORDERED**.

ENTERED this the _____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court